**Exhibit A to the Complaint**

**Location:** Stamford, CT  **IP Address:** 67.81.252.232
**Total Works Infringed:** 25  **ISP:** Optimum Online

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | D7507FD58EEC060DBBF547228468E0B89335926C | 05/16/2025 16:45:24 | Wifey | 04/26/2025 | 05/21/2025 | PA0002531827 |
| 2 | 74e66343531ed6d13b7133f82e3ed1f710bb2207 | 06/21/2025 00:01:53 | Blacked Raw | 06/20/2025 | 06/20/2025 | PA0002536515 |
| 3 | 495939dd9dde3962b69badd60bef3913ea1034db | 06/17/2025 21:37:09 | Blacked | 06/17/2025 | 06/20/2025 | PA0002536513 |
| 4 | 2cb6dc15c1742639ff0cb7fefe091319eed78e6f | 06/17/2025 11:29:09 | Blacked Raw | 06/15/2025 | 06/20/2025 | PA0002536525 |
| 5 | 25deef88d22d84264ee123d02296ce1014e25d7c | 06/15/2025 00:04:53 | Wifey | 06/14/2025 | 06/20/2025 | PA0002536486 |
| 6 | 3f71c75cac66024c4b86cec698afca87bed16969 | 06/08/2025 09:49:02 | Wifey | 06/07/2025 | 06/10/2025 | PA0002534377 |
| 7 | 1db1e93cc5fbc85b4f4035c2b593c64a26bf8525 | 06/08/2025 00:06:14 | Blacked | 06/07/2025 | 06/09/2025 | PA0002534205 |
| 8 | 4b819306ca3d520abae5db213a92cdc367d4c58c | 06/06/2025 15:47:18 | Blacked Raw | 06/05/2025 | 06/09/2025 | PA0002534197 |
| 9 | 6c83d8df8db027a0de2f19b494691482ba2b2be3 | 06/05/2025 10:06:21 | Blacked Raw | 08/09/2021 | 08/23/2021 | PA0002308396 |
| 10 | 870322622e7f4dff495bcda468e53efceca20c7b | 06/02/2025 19:38:22 | Blacked | 06/02/2025 | 06/09/2025 | PA0002534208 |
| 11 | 145b8ba719283c32cab65de9f58989cee7889b28 | 06/01/2025 10:05:03 | Blacked Raw | 05/31/2025 | 06/09/2025 | PA0002534210 |
| 12 | 22252a15a1877dbd883243d9e1e2eaf12194b68f | 05/29/2025 16:59:56 | Blacked | 05/28/2025 | 06/09/2025 | PA0002534209 |
| 13 | 719fa1b7f0abb519e4b23835ba6e2974ea57712e | 05/28/2025 08:16:57 | Wifey | 05/24/2025 | 06/10/2025 | PA0002534386 |
| 14 | 31063b6cd7e1ae98b4047bb91aaecc47db2ccb1f | 05/28/2025 00:02:30 | Blacked Raw | 05/26/2025 | 06/09/2025 | PA0002534204 |
| 15 | effcc53934d9a7d2888b3cddf134b75dc2744b48 | 05/17/2025 20:28:18 | Blacked Raw | 05/16/2025 | 05/21/2025 | PA0002531832 |
| 16 | 7E8A53283CB7D7118363ADC5DC41E078D05B169A | 05/16/2025 16:38:23 | Wifey | 05/10/2025 | 05/21/2025 | PA0002531831 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | CD9C702F7F974D1E16F134CC5FA496068AFE8A04 | 05/14/2025 19:25:47 | Blacked | 05/13/2025 | 05/20/2025 | PA0002531793 |
| 18 | 80F45AE102F29E44CF499535665A7D4B4D37635C | 05/08/2025 16:34:12 | Milfy | 05/07/2025 | 05/21/2025 | PA0002531911 |
| 19 | 208764bbd775cb048111f7965a6d63c17180bcbe | 05/07/2025 00:06:02 | Blacked Raw | 05/06/2025 | 05/20/2025 | PA0002531797 |
| 20 | 963abc431df65528d6e6f1a3ce965226e159666b | 05/04/2025 00:09:08 | Blacked | 05/03/2025 | 05/23/2025 | PA0002532331 |
| 21 | f460421322fdcac3304bfa2d4dc15b535c0e9f22 | 05/03/2025 14:50:03 | Blacked Raw | 05/01/2025 | 05/20/2025 | PA0002531794 |
| 22 | c5cd9939550c7ecad26ac5f57b2b5b65496fdde9 | 04/29/2025 13:29:52 | Blacked | 04/28/2025 | 05/20/2025 | PA0002531773 |
| 23 | e710c4553628111867c08ec0769ac1789f7af9bf | 04/14/2025 15:44:37 | Wifey | 03/22/2025 | 04/23/2025 | PA0002527267 |
| 24 | D31315DF3F77A221B858C154D41EF3900A1EE3F5 | 03/30/2025 14:25:14 | Blacked | 03/29/2025 | 04/22/2025 | PA0002527042 |
| 25 | C51AC49212ECCD7199CA73043798124EF7B781D4 | 02/28/2025 19:21:37 | Blacked | 02/27/2025 | 03/25/2025 | PA0002521748 |